[No. 3848–3–III.   Division Three.   June 16, 1981.]

JAMES FRANKLIN, ET AL, *Respondents*, v. DEAN
L. HOCKETT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Douglas County, No. 11867, Fred Van Sickle, J., entered
February 26, 1980. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 3762–2–III.   Division Three.   June 16, 1981.]

KLEERKUT LUMBER COMPANY, INC., *Respondent*, v.
RICHARD D. TOKARZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Benton County, No. 780608, Robert S. Day, J., entered
December 6, 1979. *Reversed* by unpublished opinion per
Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4125–5–III.   Division Three.   June 18, 1981.]

*In the Matter of the Welfare of*
MICHAEL ROWLES.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 63457, James B. Mitchell, J., entered
June 16, 1980. *Affirmed* by unpublished opinion per Roe,
A.C.J., concurred in by Green and Munson, JJ.

[No. 3750–9–III.   Division Three.   June 18, 1981.]

DONALD E. DOUGLASS, ET AL, *Respondents*, v. R. GEORGE
BAKAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Benton County, No. 781730, Albert J. Yencopal, J., entered
November 15, 1979. *Affirmed* by unpublished opinion per
Roe, A.C.J., concurred in by Green and Munson, JJ.